## United States District Court
### Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No |
| 6358022 | Wayman | 3858 |

V551

6358022

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 02/05/2019 1:17p | 38 1.218(b)29 |

Place of Offense: lot #1

Offense Description: Factual Basis for Charge   HAZMAT ☐

Parked in space posted as reserved for side lift van

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Chapman | Todd | A |

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| INW 772 | WV | | Honda Civic | | white |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 15.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 45.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:                 Date (mm/dd/yyyy):
                               Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

(Rev. 09/2015)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Feb 5th, 20 19 while exercising my duties as a law enforcement officer in the Southern District of WV

Parked in space posted as reserved for side lift van only.

Vehicle had no side lift equipment.

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/05/2019   Officer's Signature: [signature]
             Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge
             Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident   PASS = 9 or more passenger vehicle
CDL = Commercial driver's license   CMV = Commercial vehicle involved in incident