IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

**v.**  Case No.:  3:19-po-00031
(Violation No.: VS51-6358022)

**TODD A. CHAPMAN**

### ORDER

On February 5, 2019, a violation notice was issued by Officer Wayman, Veterans Affairs Medical Center ("VAMC"), charging defendant with Parking in Space Posted as Reserved for Side Lift Van, in violation of 38 C.F.R. 1.218(b)(29). The Central Violations Bureau sent a notice to defendant directing him to appear before the undersigned United States Magistrate Judge on April 17, 2019 at 10:00 a.m., for proceedings on the alleged violation.

On April 17, 2019, the Court called the above-styled case in open court. The United States of America appeared by Ryan Keefe, Assistant United States Attorney, and Officer Wayman appeared on behalf of the VAMC. However, defendant failed to appear as noticed.

Accordingly, the Court instructed the Clerk to issue a Notice to Appear, using AO Form 234, which advises the defendant to appear at the next scheduled petty offense docket or pay the fine set forth on the violation notice. **Failure of the defendant to appear at the next docket call or pay the fine shall result in the issuance of a warrant for defendant's arrest.** The Court **ORDERED** that the matter be passed

until the next petty offense docket on **May 15, 2019** at **10:00 a.m.**

  The Clerk is instructed to provide a copy of this Order to the defendant, Assistant United States Attorney Ryan Keefe; Officer Wayman, VAMC; and the United States Marshals Service.

           **ENTERED:** April 17, 2019

           _____
           Cheryl A. Eifert
           United States Magistrate Judge